UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
DISPLAY SYSTEMS, INC.,                : Docket No. 05 Civ. 0910
                                      :  (FB)(KAM)
               *Plaintiff*,     :
                                      :  **DEFAULT JUDGMENT**
    -against-                        :

TIMOTHY KEVIN BOWEN,                  :

               *Defendant*.    :
--------------------------------------------------------------- x

The summons and complaint in this action having been duly served on defendant Timothy Kevin Bowen on March 11, 2005 and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment;

NOW, on motion of Tarter Krinsky & Drogin LLP, attorneys for plaintiff Display Systems, Inc., it is hereby,

ORDERED and ADJUDGED that: (1) defendant Timothy Kevin Bowen is directed to return to Display Systems, Inc. all documents and material in his possession that belongs to Display Systems, Inc. and enjoined from disclosing or disseminating any confidential or proprietary information that belongs to Display Systems, Inc.; and (2) that plaintiff Display Systems, Inc., does recover of defendant Timothy Kevin Bowen, residing at 942 Lang Drive, Gahanna, Ohio 43230, the sum of $126,878.99, the amount claimed in the complaint, plus $295.00 costs and disbursements, amounting in all to the sum of $127,173.99, plus interest at the legal rate in effect on the date of this judgment; and, that the plaintiff have execution therefor.

Dated: New York, New York
        5/12, 2005

                                          So Ordered:

                                          Hon. Frederic Block, USDJ

{G:\WDox\CLIENT\001380\470\00021672.DOC;1}